# UNITED STATES DISTRICT COURT

District of _____

## SUMMONS IN A CIVIL CASE

Alan Brown  V.   State Street Corporation
             &   State Street Global Advisors

CASE NUMBER:

# 05 11178 RGS

TO: (Name and address of Defendant)

Richard P. Jacobsen
State Street Global Advisors
225 Franklin St.
Boston MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harvey A. Schwartz
Rodgers Powers & Schwartz LLP
18 Tremont St. Suite 500
Boston MA 02018

an answer to the complaint which is herewith served upon you, within __Twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  JUN - 7 2005

®AO 440 (Rev. 10/93) Summons in a Civil Action

Service of the Summons and complaint was made by me[1]

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                   Date                                Signature of Server

_____
Address of Server

---

0301 36 05

Suffolk, ss.



June 14, 2005

I hereby certify and return that on 6/13/2005 at 3:30PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to A.Dossantos, agent and person in charge at the time of service for State Street Global Advisors, at , 225 Franklin Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff  John Cotter              /s/ _____  Deputy Sheriff

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999