# UNITED STATES DISTRICT COURT

District of _____

## SUMMONS IN A CIVIL CASE

Alan Brown    V.    State Street Corporation &
                    State Street Global Advisors

CASE NUMBER:

**05 11178 RGS**

TO: (Name and address of Defendant)

Richard P. Jacobson
State Street Corporation
225 Franklin St.
Boston MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harvey A. Schwartz
Rodgers, Powers & Schwartz LLP
18 Tremont St. Suite 500
Boston MA 02108

an answer to the complaint which is herewith served upon you, within \_\_\_twenty\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                         JUN -7 2005

CLERK                                                     DATE

(By) DEPUTY CLERK


## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
               Date            Signature of Server

_____
Address of Server

---

(1) A:

C 5U36oy

---

June 14, 2005

I hereby certify and return that on 6/13/2005 at 3:30PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to A. Santos, agent and person in charge at the time of service for State Street Corporation, at , 225 Franklin Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter     Deputy Sheriff

Suffolk, ss.



Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999