UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN BROWN,<br><br>           Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION and<br>STATE STREET GLOBAL ADVISORS,<br><br>           Defendants. | Civil Action No. 05-11178-RGS |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND JURY TRIAL DEMAND

Defendants, State Street Corporation and State Street Global Advisors (together "Defendants"), hereby move, with the assent of Plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement to July 22, 2005, of the time within which Defendants must answer, move, or otherwise respond to the Complaint and Jury Trial Demand. The grounds for this motion are:

1.    Defendants require additional time in order to prepare their response to the Complaint and Jury Trial Demand.

2.    Plaintiff has assented to this motion.

WHEREFORE, Defendants respectfully request that the Court enlarge the time within which they must answer, move, or otherwise respond to the Complaint and Jury Trial Demand to July 22, 2005.

Dated: July 1, 2005

STATE STREET CORPORATION
AND STATE STREET GLOBAL ADVISORS,

By their Attorneys,

s/David B. Chaffin
David B. Chaffin
BBO # 549245
Hare & Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000

Of Counsel:

Peter Calamari
Rex Lee
Quinn Emanuel Urquhart Oliver & Hedges LLP
335 Madison Avenue, 17th Floor
New York, NY 10017
Tel:  (212) 702 8100