UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN BROWN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION and<br>STATE STREET GLOBAL ADVISORS,<br><br>　　　　　Defendants. | Civil Action No. 05-11178-RGS |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned action as counsel of record for defendants, State Street Corporation and State Street Global Advisors.

Dated: July 8, 2005

　　　　　　　　　　　　　　　　　　　　*s/David B. Chaffin*
　　　　　　　　　　　　　　　　　　　　David B. Chaffin
　　　　　　　　　　　　　　　　　　　　BBO No. 549245
　　　　　　　　　　　　　　　　　　　　HARE & CHAFFIN
　　　　　　　　　　　　　　　　　　　　160 Federal Street
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　(617) 330-5000