UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11178-RGS |
| ) | |
| STATE STREET CORPORATION and ) | |
| STATE STREET GLOBAL ADVISORS, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR ESTABLISHMENT OF SCHEDULE AS TO RESPONSE TO COMPLAINT AND RESPONSE TO ANY MOTION TO DISMISS**

Plaintiff, Alan Brown, and Defendants, State Street Corporation and State Street Global Advisors (together "Defendants"), hereby jointly move the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to establish a schedule for the filing of (1) Defendants' response to the Complaint and Jury Trial Demand (the "Complaint"), and (2) Plaintiff's response to Defendants' motion to dismiss the Complaint, if any. The grounds for this motion are:

1. Because their counsel were only recently retained, Defendants require additional time in order to prepare their response to the Complaint.

2. Defendants may move to dismiss the Complaint, in whole or in part. Were they to file their motion, if any, pursuant to the current schedule, Plaintiff would be unable to respond within the period prescribed by Local Rule 7.1 because his counsel will be on vacation and out of contact with his office during the month of August and through Labor Day. Further, given Plaintiff's counsel vacation schedule, there is no need on Plaintiff's part for Defendants to respond promptly.

3. To accommodate both Defendants' need for more time and Plaintiff's counsel's vacation schedule, the parties request that the Court set August 16, 2005, as the deadline for the filing of Defendants' response to the Complaint and September 23, 2005, as the deadline for the filing of Plaintiff's response to Defendants' motion to dismiss, if any. This schedule would allow Defendants sufficient time to prepare their response to the Complaint and Plaintiff sufficient time to prepare his response to Defendants' motion to dismiss, if any.

WHEREFORE, the parties respectfully request that the Court grant this motion and set August 16, 2005, as the deadline for the filing of Defendants response to the Complaint and September 23, 2005, as the deadline for the filing of Plaintiff's response to Defendants' motion to dismiss, if any.

| | |
|---|---|
| ALAN BROWN, | STATE STREET CORPORATION and STATE STREET GLOBAL ADVISORS, |
| By his Attorney, | By their Attorneys, |
| s/Harvey A. Schwartz<br>Harvey A. Schwartz<br>BBO # 448080<br>Rodgers, Powers & Schwartz<br>18 Tremont Street<br>Boston, MA 02108<br>(617) 742-7010 | s/David B. Chaffin<br>David B. Chaffin<br>BBO # 549245<br>Hare & Chaffin<br>160 Federal Street<br>Boston, MA 02110<br>(617) 330-5000 |
| | Of Counsel:<br><br>Peter E. Calamari<br>Rex Lee<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>335 Madison Avenue, 17th Floor<br>New York, NY 10017<br>Tel: (212) 702 8100 |

Dated: July 8, 2005