UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION and<br>STATE STREET GLOBAL ADVISORS,<br><br>    Defendants. | Civil Action No. 05-11178-RGS |

**ASSENTED-TO MOTION FOR LEAVE TO
PRACTICE PURSUANT TO LOCAL RULE 83.5.3**

  David B. Chaffin, a member of the bar of this Court and counsel of record for State Street Corporation and State Street Global Advisors ("State Street"), moves for an Order, pursuant to Local Rule 83.5.3, granting Peter E. Calamari and Rex Lee, leave to appear and practice on behalf of State Street in the above-captioned action. The grounds for this motion are:

  1.  Under Local Rule 83.5.3, the Court may in its discretion permit an attorney who is not a member of the bar of the Court to appear and practice in a particular case, provided (a) the attorney files a certificate that (1) he is a member in good standing in every jurisdiction where he has been admitted to practice, (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and (3) he is familiar with the Local Rules of this Court, and (b) the application is on motion of a member of the bar of this Court, who shall also file an appearance.

  2.  Attached hereto as Exhibits A and B are declarations of Messrs. Calamari and

Lee. They certify therein that they are members in good standing of the bars of every jurisdiction in which they have been admitted to practice, that no disciplinary proceedings are pending against them in any jurisdiction, and that they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.  The undersigned is a member of the bar of this Court and has filed a notice of appearance.

4.  The prerequisites for admission therefore are met.

5.  In addition, counsel for plaintiff has assented to this motion.

WHEREFORE, I respectfully request that Messrs. Calamari and Lee be granted leave to appear and represent State Street in this matter.

Dated: July 13, 2005

s/David B. Chaffin
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA  02110
(617) 330-5000

ASSENTED TO:

ALAN BROWN,

By his Attorney,

s/Harvey A. Schwartz
Harvey A. Schwartz
BBO # 448080
Rodgers, Powers & Schwartz
18 Tremont Street
Boston, MA 02108
(617) 742-7010

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BROWN,<br><br>           Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION and<br>STATE STREET GLOBAL ADVISORS,<br><br>           Defendants. | Civil Action No. 05-11178-RGS |

## **DECLARATION OF PETER E. CALAMARI**

I, Peter E. Calamari, state, under the penalties of perjury, as follows:

1.    I am a member of the firm of Quinn Emanuel Urquhart Oliver & Hedges LLP. I make this declaration in support of the motion for an Order granting me leave to appear and practice on behalf of Defendants in the above-captioned action.

2.    I am a member in good standing of the bars of the State of New York and the United States District Courts for the Eastern and Southern Districts of New York. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.  I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS __8__ DAY JULY 2005.

_____
Peter E. Calamari

# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN BROWN,                                   )<br>                                                        )<br>            Plaintiff,                             )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>STATE STREET CORPORATION and )<br>STATE STREET GLOBAL ADVISORS, )<br>                                                        )<br>            Defendants.                       )<br>                                                        ) | Civil Action No. 05-11178-RGS |

## **DECLARATION OF REX LEE**

I, Rex Lee, state, under the penalties of perjury, as follows:

1. I am an associate of the firm of Quinn Emanuel Urquhart Oliver & Hedges LLP. I make this declaration in support of the motion for an Order granting me leave to appear and practice on behalf of Defendants in the above-captioned action.

2. I am a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.      I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 8th DAY JULY 2005.

_____
Rex Lee