UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11178- RGS

ALAN BROWN

v.

STATE STREET CORPORATION and
STATE STREET GLOBAL ADVISORS

RECUSAL

July 21, 2005

STEARNS, D.J.

I must regretfully decline jurisdiction over this case as a substantial proportion of one of my wife's retirement accounts is invested in common stock of State Street Bank, which I understand to be an affiliate of the defendants in this matter. Consequently, I believe that recusal is mandated by 28 U.S.C. § 454(a)(4). The Clerk is directed to have the case reassigned to another judge of the court.

SO ORDERED,

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE