UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal No. __05-11178__

Title: __ALAN BROWN vs. STATE STREET CORP__

### NOTICE

Please take notice that the above-entitled case previously assigned to Judge __STEARNS__ has been transferred to Judge __GERTNER__ for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials __NG__.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By: __Elaine A. Flaherty__
Deputy Clerk

Date: __7/27/05__

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 3/7/2005)