UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------- x
ALAN BROWN,                                           :   Case No. 05 Civ. 11178 (NG)
                                                      :
                Plaintiff,             :
                                                      :   **DEFENDANTS' MOTION TO**
      -against-                                :   **DISMISS COUNT I OF THE**
                                                      :   **COMPLAINT PURSUANT TO**
STATE STREET CORPORATION                              :   **FED. R. CIV. P. 12(b)(6)**
and STATE STREET GLOBAL                               :
ADVISORS,                                             :
                                                      :
                Defendants.            :
------------------------------------------------------- x

        Defendants, State Street Corporation (the "Corporation") and State Street Global Advisors ("SSgA") (together, "State Street"), respectfully move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Count I of the Complaint in this action for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying memorandum of law. A Declaration of Rex Lee is also submitted in support of this motion.

        WHEREFORE, State Street respectfully requests that its motion be granted and that the Court dismiss Count I of the Complaint.

Dated:   New York, New York
           August 16, 2005

                                        Respectfully submitted,

                                        QUINN EMANUEL URQUHART
                                          OLIVER & HEDGES, LLP

                                      By: _____/s/ Peter Calamari_____
                                             Peter E. Calamari (*Pro Hac Vice*)
                                             Rex Lee (*Pro Hac Vice*)

                                        335 Madison Avenue, 17th Floor
                                        New York, New York 10017
                                        (212) 702-8100

                                        Attorneys for Defendants
                                          State Street Corporation
                                          and State Street Global Advisors


## Certificate Of Consultation

       Pursuant to Local Rule 7.1(a)(2), I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue presented by Defendants' Motion to Dismiss Count I of the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

                                                      _____/s/ Peter Calamari_____