quinn emanuel trial lawyers | new york

WRITER'S DIRECT DIAL NO.
212-702-8163

WRITER'S INTERNET ADDRESS
rexlee@quinnemanuel.com

October 13, 2005

<u>VIA ELECTRONIC CASE FILING</u>

Honorable Nancy Gertner
United States District Judge
United States District Court for
the District of Massachusetts
1 Courthouse Way - Suite 4130
Boston, MA 02210

<u>Brown v. State Street Corporation, et al.</u>
<u>05 Civ. 11178 (NG)</u>

Dear Judge Gertner:

We represent State Street Corporation and State Street Global Advisors (collectively "State Street") and write to inform the Court of an error in plaintiff's opposition papers, which he filed on September 21, 2005. In the caption to these papers, plaintiff names State Street Bank and State Street Global Advisors, U.K. as defendants. State Street Bank and State Street Global Advisors, U.K., however, are not defendants in this case. I have spoken with counsel for plaintiff and he assures me that this was merely a typographical error.

Respectfully submitted,

QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP

/s/ Rex Lee
Rex Lee (*pro hac vice*)
335 Madison Avenue, 17th Floor
New York, New York 10017