UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- x
ALAN BROWN,                                   :      Case No. 05 Civ. 11178 (NG)
                                              :
               Plaintiff,          :
                                              :
     -against-                               :
                                              :
STATE STREET CORPORATION                      :
and STATE STREET GLOBAL                       :
ADVISORS,                                     :
                                              :
               Defendants.         :
---------------------------------------------------------- x

## LOCAL RULE 16.1 JOINT SCHEDULING CONFERENCE REPORT

1.    <u>Preliminary Statement</u>

       The parties certify that they have conferred prior to the scheduling conference concerning the agenda for the scheduling conference, a proposed pretrial schedule and discovery plan and consideration of trial before a magistrate, in accordance with LR 16.1(b).

       The parties certify that all initial disclosures will be made within thirty days of the date of the conference.

       The parties certify that plaintiff will tender a settlement proposal to defendant prior to the conference and that defendant will be prepared to respond fully at the conference.

2.    <u>Agenda of Matters to be Discussed</u>

       The parties suggest that the following matters should be addressed at the Scheduling Conference:

       Schedule for discovery and dispositive motions.

3. <u>Joint Pretrial Discovery and Motion Schedule</u>

The parties' scheduling proposals are as follows:

**Plaintiff's proposed schedule**

| Event | Date |
| --- | --- |
| All written discovery requests served | February 15, 2006 |
| All depositions completed | May 31, 2006 |
| All dispositive motions filed, with responses 30 days after service | June 30, 2006 |

**Defendants' proposed schedule**

**DISCOVERY**

| Event | Date |
| --- | --- |
| Deadline for joinder of parties and amendment of pleadings | January 20, 2006 |
| Deadline for completion of fact discovery | June 30, 2006 |
| Deadline for designation of all experts and production of expert reports | July 31, 2006 |
| Deadline for designation of all rebuttal experts and production of expert reports | August 31, 2006 |
| Deadline for completion of all expert discovery | September 14, 2006 |

**MOTION PRACTICE**

| Event | Date |
| --- | --- |
| Deadline for filing of dispositive motions | October 13, 2006 |
| Deadline for filing of responses to dispositive motions | Thirty (30) days after service of moving papers |
| Deadline for filing of replies to dispositive motions | Fourteen (14) days after service of response papers |

4.     Limitations on Discovery

   The parties currently do not anticipate the need to exceed the number of discovery events stated in LR 26.1(c).

| | |
|---|---|
| ALAN BROWN, | STATE STREET CORPORATION and STATE STREET GLOBAL ADVISORS, |
| By his Attorney, | By their Attorneys, |
| s/Harvey A. Schwartz<br>Harvey A. Schwartz<br>BBO # 448080<br>Rodgers, Powers & Schwartz<br>18 Tremont Street<br>Boston, MA 02108<br>(617) 742-7010 | s/Peter E. Calamari<br>Peter Calamari (*Pro Hac Vice*)<br>Rex Lee (*Pro Hac Vice*)<br>Quinn Emanuel Urquhart Oliver<br>& Hedges LLP<br>335 Madison Avenue, 17th Floor<br>New York, NY 10017 |
| | David B. Chaffin<br>BBO # 549245<br>Hare & Chaffin<br>160 Federal Street<br>Boston, MA 02110<br>(617) 330-5000 |

Dated: December 5, 2005