UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------- x
ALAN BROWN,                                  :   Case No. 05 Civ. 11178 (NG)
                                             :
                     Plaintiff,              :
                                             :   **LOCAL RULE 16.1(d)(3)**
         -against-                           :   **CERTIFICATION**
                                             :
STATE STREET CORPORATION                     :
and STATE STREET GLOBAL                      :
ADVISORS,                                    :
                                             :
                     Defendants.             :
------------------------------------------------------------- x

Pursuant to LR 16.1(d)(3), Defendants State Street Corporation and State Street Global Advisors and their attorneys Quinn Emanuel Urquhart Oliver & Hedges, LLP certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated:   New York, New York
         December 5, 2005

Respectfully submitted,

STATE STREET CORPORATION            QUINN EMANUEL URQUHART
and STATE STREET GLOBAL                  OLIVER & HEDGES, LLP
ADVISORS

By: _____        By:  __/s/ Peter Calamari_____
    Dorothy S. Jacobson                   Peter E. Calamari (*Pro Hac Vice*)
    Senior Vice President and Managing    Rex Lee (*Pro Hac Vice*)
    Counsel
    Global Human Resources            335 Madison Avenue, 17th Floor
                                      New York, New York 10017
                                      (212) 702-8100