UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BROWN )<br>    Plaintiff )<br>)<br>v. )<br>)<br>STATE STREET CORPORATION, )<br>STATE and STREET GLOBAL )<br>ADVISORS, )<br>    Defendants ) | C.A. No. 05-11178-NG |

**PLAINTIFFS' CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3)**

Plaintiff's counsel hereby certifies that he has conferred with the plaintiff about establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation and to consider the resolution of this litigation through the use of alternative dispute resolution programs such as mediation, mini-trial and summary jury trial.

                                Plaintiff's counsel,

                                /s/ Harvey A. Schwartz
                              Harvey A. Schwartz
                               BBO # 448080
                              Laurie A. Frankl
                               BBO # 647181
                              Rodgers, Powers and Schwartz, LLP
                              18 Tremont Street, Suite 500
                              Boston, MA 02108
                              617-742-7010