UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------- x
ALAN BROWN,                                              :   Case No. 05 Civ. 11178 (NG)
                                                         :
                          Plaintiff,                     :
                                                         :   **NOTICE OF CHANGE OF ADDRESS**
          -against-                                      :
                                                         :
STATE STREET CORPORATION                                 :
and STATE STREET GLOBAL                                  :
ADVISORS,                                                :
                                                         :
                          Defendants.                    :
-------------------------------------------------------- x

       PLEASE TAKE NOTICE that, effective May 15, 2006, our new address and contact numbers will be as follows:

       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       51 Madison Avenue, 22nd Floor
       New York, NY  10010-1601
       Telephone No.:     (212) 849-7000
       Facsimile No.:      (212) 849-7100

Please make the appropriate changes in your records to contact our firm after the effective date.

Dated:   New York, New York
         May 11, 2006

                                    Respectfully submitted,

                                    QUINN EMANUEL URQUHART
                                      OLIVER & HEDGES, LLP

                                    By: ___/s/ Rex Lee_____
                                       Peter E. Calamari (*Pro Hac Vice*)
                                       Rex Lee (*Pro Hac Vice*)

                                  51 Madison Avenue, 22nd Floor
                                  New York, New York 10010-1601
                                  (212) 849-7000

                                  Attorneys for State Street Corporation
                                  and State Street Global Advisors
                                  *Defendants*

60361/1882630.1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on May 11, 2006, I caused to be electronically filed NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Harvey A. Schwartz, Esq.
Rogers, Powers & Schwartz
18 Tremont Street
Boston, MA 02108
(617) 742-7010

*Attorneys for Plaintiff Alan Brown*

Dated:   New York, New York
         May 11, 2006

                              QUINN EMANUEL URQUHART
                                OLIVER & HEDGES, LLP

                              By: ___/s/ Rex Lee_____
                                  Rex Lee

                              335 Madison Avenue, 17th Floor
                              New York, New York 10017
                              (212) 702-8100

                              Attorneys for State Street Corporation
                              and State Street Global Advisors
                              *Defendants*

60361/1882627.1