**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

May 24, 2006

**VIA ELECTRONIC CASE FILING**

Honorable Nancy Gertner
United States District Judge
United States District Court for
the District of Massachusetts
1 Courthouse Way - Suite 4130
Boston, MA 02210

Brown v. State Street Corporation, et al.
05 Civ. 11178 (NG)

Dear Judge Gertner:

We represent defendants State Street Corporation and State Street Global Advisors and write to inform the Court that defendants do not oppose plaintiff's motion to amend his complaint (D.E. 31), which he filed on May 10, 2006, but reserve their rights to respond to plaintiff's amended complaint, should it be filed and served.

Respectfully submitted,


/s/ Rex Lee
Rex Lee (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7163
rexlee@quinnemanuel.com

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 24, 2006.

Dated:   Boston, Massachusetts
         May 24, 2006

                                HARE & CHAFFIN

                                By: ___/s/ David Chaffin_____
                                    David Chaffin

                                160 Federal Street, 23rd Floor
                                Boston, Massachusetts 02110
                                (617) 330-5000

60361/1889957.1