UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ALAN BROWN** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **C.A. No. 05-11178-NG** |
| **STATE STREET CORPORATION,** | ) | |
| **and STREET GLOBAL** | ) | |
| **ADVISORS,** | ) | |
| **Defendants** | ) | |

### MOTION TO RESCHEDULE DISPOSITIVE MOTION FILINGS

The plaintiff, Alan Brown, requests that this Court revise the schedule for filing

dispositive motions by changing the date for the filing of such motions from August 31, 2006 to

September 29, 2006, and the date for filing oppositions from September 29, 2006 to October 31,

2006. In support of this motion the plaintiff states as follows:

1.      The schedule for filing dispositive motions was set by the Court at a conference with the

parties on December 12, 2006. At that conference plaintiff's counsel informed the Court

of plans for an extended vacation from mid-July through Labor Day and the motion

schedule was established to allow for that vacation.

2.      At the time that schedule was established, prior to discovery being taken, the plaintiff did

not expect to be filing his own summary judgment motion.

3.      The parties have engaged in extensive discovery. The last deposition is scheduled for July

13, 2006.

4.      As a result of discovery and the Court's allowance of the plaintiff's motion to amend the

complaint, the plaintiff now intends to file a motion for partial summary judgment.

5.     The plaintiff's counsel  will not have adequate time to prepare this partial summary

judgment motion before leaving on vacation. The additional time requested, in September

2006, is required to adequately prepare that motion.

6.     This one-month delay in filing and opposing summary judgment motions will not

prejudice the defendant.


Alan Brown, plaintiff
By his attorneys,

/s/ Harvey A. Schwartz
HARVEY A. SCHWARTZ
  BBO. # 448080
LAURIE A. FRANKL
  BBO # # 647181
Rodgers, Powers & Schwartz
18 Tremont Street
Boston, MA 02108
(617) 742-7010


Assented to.


State Street Corporation and Street Global
Advisors, defendants,
By their attorneys,

/s/ Rex Lee
PETER CALAMARI (*pro hac vice*)
REX LEE (*pro hac vice*)
Quinn Emanuel Urquhart Oliver & Hedges LLP
335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702 8100