UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------- x
ALAN BROWN,                                            :   Case No. 05 Civ. 11178 (NG)
                                                       :
              Plaintiff,                              :
                                                       :   **MOTION TO COMPEL THE**
    -against-                                          :   **PRODUCTION OF DOCUMENTS**
                                                       :   **PURSUANT TO FED. R. CIV. P. 37(a)**
STATE STREET CORPORATION                               :
and STATE STREET GLOBAL                                :
ADVISORS,                                              :
                                                       :
              Defendants.                             :
------------------------------------------------------- x

      Defendants State Street Corporation (the "Corporation") and State Street Global Advisors ("SSgA") (collectively "State Street") respectfully move, pursuant to Federal Rule of Civil Procedure 37(a), for an Order (attached as Exhibit 1) granting this Motion and compelling plaintiff Alan Brown to produce documents in response to Requests Nos. 1, 2, 9, 10 and 11 of Defendants' Second Request for the Production of Documents, dated May 27, 2006. The grounds for this Motion are set forth in the accompanying memorandum of law.

      WHEREFORE, State Street respectfully requests that its Motion be granted in its entirety. Additionally, pursuant to Fed. R. Civ. P. 37(a)(4)(A), State Street respectfully requests that the Court award State Street the attorney's fees and costs it incurred in preparing this Motion and the supporting papers.

Dated:  New York, New York
        August 14, 2006

                                            Respectfully submitted,

                                            QUINN EMANUEL URQUHART
                                              OLIVER & HEDGES, LLP

                                            By:  /s/ Peter Calamari
                                                Peter E. Calamari (*Pro Hac Vice*)
                                                Rex Lee (*Pro Hac Vice*)

                                            51 Madison Avenue, 22nd Floor
                                            New York, New York 10010
                                            (212) 849-7000

                                            HARE & CHAFFIN

                                            By:  /s/ David B. Chaffin
                                                David B. Chaffin
                                                BBO No. 549245

                                            160 Federal Street
                                            Boston, MA  02110
                                            (610) 330-5000

                                            *Attorneys for Defendants*
                                                *State Street Corporation*
                                                *and State Street Global Advisors*

## CERTIFICATE OF CONSULTATION

       Pursuant to Local Rules 7.1(a)(2) and 37.1(b), I certify that counsel conferred and attempted in good faith to resolve or narrow the issue presented by Defendants' Motion to Compel the Production of Documents Pursuant to Fed. R. Civ. P. 37(a).

                                                      /s/ Rex Lee

## CERTIFICATE OF SERVICE

       I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 14, 2006.

                                                      /s/ Rex Lee

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
ALAN BROWN,                                    :    Case No. 05 Civ. 11178 (NG)
                                               :
                Plaintiff,     :
                                               :
      -against-                        :
                                               :
STATE STREET CORPORATION                       :
and STATE STREET GLOBAL                        :
ADVISORS,                                      :
                                               :
                Defendants.    :
------------------------------------------------------------ x

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DOCUMENTS PURSUANT TO FED. R. CIV. P. 37(a)

Having considered the arguments of the parties, Defendants' Motion to Compel the Production of Documents Pursuant to Fed. R. Civ. P. 37(a) against Plaintiff Alan Brown is hereby GRANTED.  Plaintiff Alan Brown is hereby ORDERED:

1. Within 10 days of the date of this Order, to produce all relevant, non-privileged documents responsive to Requests Nos. 1, 2, 9, 10 and 11 of Defendants' Second Request for the Production of Documents, dated May 27, 2006, including all documents created after March 11, 2005; and

2. When he has completed producing the materials ordered in paragraph 1, Plaintiff will certify this to the Court in writing.

SO ORDERED:                                                        _____
                                                                Hon. Nancy Gertner
                                                                United States District Judge
                                                                United States District Court
                                                                 District of Massachusetts