UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BROWN )<br>    Plaintiff )<br>)<br>v. )<br>)<br>STATE STREET CORPORATION, )<br>STATE and STREET GLOBAL )<br>ADVISORS, )<br>    Defendants ) | C.A. No. 05-11178-NG |

**PLAINTIFF'S *ASSENTED TO* MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

The plaintiff, Alan Brown, hereby requests that this Court allow him until September 15, 2006 to file his response to Defendants' Motion to Compel the Production of Documents, filed on August 14, 2006. The plaintiff requests this extension because his lead counsel, Harvey A. Schwartz, is currently out of the office --in fact, on this date, out of the country -- and he is not scheduled to return to the office until September 5, 2006.

**The defendants assent to this request.**

                                                        Alan Brown, plaintiff
                                                        By his attorneys,

                                                        /s/ Laurie A. Frankl
                                                        HARVEY A. SCHWARTZ
                                                         BBO # 448080
                                                       LAURIE A. FRANKL
                                                         BBO # 647181
                                                        Rodgers, Powers & Schwartz
                                                        18 Tremont Street
                                                        Boston, MA 02108
                                                        (617) 742-7010

Date: August 15, 2006