UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALAN BROWN**<br>    Plaintiff<br><br>v.<br><br>**STATE STREET CORPORATION,**<br>**STATE and STREET GLOBAL**<br>**ADVISORS,**<br>    Defendants | )<br>)<br>)<br>)<br>)   C.A. No. 05-11178-NG<br>)<br>)<br>)<br>)<br>) |

# NOTICE OF FILING OF
# PLAINTIFF'S <u>AMENDED</u> OPPOSITION
# TO DEFENDANTS' MOTION
# TO COMPEL PRODUCTION OF DOCUMENTS

The plaintiff is filing an amended opposition to the defendants' motion to compel production of documents, previously filed on Monday, September 5, 2006. This amended opposition corrects certain inadvertent errors in the original opposition. This amended opposition replaces the previously-filed opposition.

> Alan Brown, plaintiff
> By his attorneys,
> <u>/s/ Harvey A. Schwartz</u>
> HARVEY A. SCHWARTZ
>  BBO. # 448080
> LAURIE A. FRANKL
>  BBO # # 647181
> Rodgers, Powers & Schwartz
> 18 Tremont Street
> Boston, MA 02108
> (617) 742-7010