UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALAN BROWN**<br>     Plaintiff<br><br>v.<br><br>**STATE STREET CORPORATION**<br>**and STATE STREET GLOBAL**<br>**ADVISORS,**<br>     **Defendants** | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-11178-NG<br>)<br>)<br>)<br>) |

### JOINT MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

The parties jointly request leave to file memoranda of law in support of their motions for summary judgment in excess of twenty pages. In support of this motion the parties state that this is an extremely complex case involving extensive discovery and several different causes of action. The parties believe the matters raised in their cross motions for summary judgment can best be addressed if their supporting memoranda are allowed to exceed twenty pages. Summary judgment motions are due Friday, September 29, 2006.

>Alan Brown, plaintiff
>By his attorneys,
>
>/s/ Harvey A. Schwartz
>HARVEY A. SCHWARTZ
> BBO. # 448080
>LAURIE A. FRANKL
> BBO # # 647181
>Rodgers, Powers & Schwartz
>18 Tremont Street
>Boston, MA 02108
>(617) 742-7010

State Street Corporation and State Street
Global Advisors, defendants,
By their attorneys,

/s/ Rex Lee
PETER CALAMARI (*pro hac vice*)
REX LEE (*pro hac vice*)
Quinn Emanuel Urquhart Oliver & Hedges LLP
335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702 8100