UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------- x
ALAN BROWN,                                        :    Case No. 05 Civ. 11178 (NG)
                                                   :
                    Plaintiff,                     :
                                                   :    **DEFENDANTS' MOTION FOR**
           -against-                               :    **SUMMARY JUDGMENT**
                                                   :
STATE STREET CORPORATION                           :
and STATE STREET GLOBAL                            :
ADVISORS,                                          :
                                                   :
                    Defendants.                    :
------------------------------------------------- x
```

Defendants, State Street Corporation and State Street Global Advisors

(collectively, "Defendants"), respectfully move, pursuant to Rule 56 of the Federal Rules of Civil

Procedure, for summary judgment in their favor on all counts of plaintiff's amended complaint

(D.E. 35) dated May 26, 2006.

The grounds for this motion are set forth in Defendants' accompanying

memorandum of law, their Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1 and

the Declaration of Rex Lee, sworn to on September 26, 2006, and the exhibits thereto.

By electronic notification, the Court has scheduled a summary judgment motion

hearing on December 7, 2006.

Dated:   New York, New York
         September 26, 2006

Respectfully submitted,

QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP

By:    /s/ Peter Calamari

     Peter E. Calamari (*Pro Hac Vice*)
     Rex Lee (*Pro Hac Vice*)

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

HARE & CHAFFIN

By:    /s/ David B. Chaffin

     David B. Chaffin
     BBO No. 549245

160 Federal Street
Boston, MA 02110
(610) 330-5000

*Attorneys for Defendants*
   *State Street Corporation*
   *and State Street Global Advisors*

## CERTIFICATION OF CONSULTATION

Pursuant to Rule 7.1(a)(2) of the Local Rules of this Court, I certify that counsel have attempted to confer in good faith to resolve or narrow the issues presented by this motion but have been unable to do so.

           /s/ Rex Lee

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2006.

           /s/ Rex Lee