UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ALAN BROWN** | ) | |
| **Plaintiff** | ) | |
| | ) | **C.A. No. 05-11178-NG** |
| **v.** | ) | |
| | ) | |
| **STATE STREET CORPORATION and** | ) | |
| **STATE STREET GLOBAL ADVISORS,** | ) | |
| **Defendants** | ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AS TO LIABILITY**

The plaintiff Alan Brown moves for partial summary judgment as to liability, pursuant to Fed. R. Civ. P., Rule 56. In support of this motion the plaintiff refers to his attached Memorandum of Law and Statement Of Material Facts as to Which There Is No Genuine Issue to be Tried and states that there is no genuine issue as to any material fact and that he is entitled to a judgment as to liability as a matter of law.

Alan Brown, plaintiff
By his attorneys,

/s/ Harvey A. Schwartz
HARVEY A. SCHWARTZ
 BBO. # 448080
LAURIE A. FRANKL
 BBO # # 647181
Rodgers, Powers & Schwartz
18 Tremont Street
Boston, MA 02108
(617) 742-7010

**Certificate of service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on DATE.

/s/ Harvey A. Schwartz
Harvey A. Schwartz