UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------ x
ALAN BROWN,                                            :    Case No. 05 Civ. 11178 (NG)
                                                       :
                    Plaintiff,                         :
                                                       :
         -against-                                     :
                                                       :
STATE STREET CORPORATION                               :
and STATE STREET GLOBAL                                :
ADVISORS,                                              :
                                                       :
                    Defendants.                        :
------------------------------------------------------ x
```

### JOINT MOTION FOR LEAVE TO FILE MEMORANDA
### IN EXCESS OF TWENTY PAGES

The parties jointly request leave to file memoranda of law in excess of twenty pages in opposition to the cross motions for summary judgment. The parties believe the matters raised in their cross motions for summary judgment can best be addressed if their supporting memoranda in opposition to these motions are allowed to exceed twenty pages. Opposition papers to the parties' motions for summary judgment are due Tuesday, October 31, 2006.

60361/1986652.1

Dated: New York, New York
October 30, 2006

Respectfully submitted,

| | |
|---|---|
| RODGERS, POWERS & SCHWARTZ | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| By: /s/ Harvey A. Schwartz (per email consent)<br>Harvey A. Schwartz (BBO. # 448080)<br>Laurie A. Frankl (BBO. # 647181) | By: /s/ Rex Lee<br>Peter E. Calamari (*Pro Hac Vice*)<br>Rex Lee (*Pro Hac Vice*) |
| 18 Tremont Street<br>Boston, MA 02108<br>(617) 742-7010 | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 |
| *Attorneys for Plaintiff Alan Brown* | *Attorneys for Defendants*<br>*State Street Corporation*<br>*and State Street Global Advisors* |

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 30, 2006.

/s/ Rex Lee