```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------- x
ALAN BROWN,                                             :   Case No. 05 Civ. 11178 (NG)
                                                        :
                          Plaintiff,                    :
                                                        :
            -against-                                   :
                                                        :
STATE STREET CORPORATION                                :
and STATE STREET GLOBAL                                 :
ADVISORS,                                               :
                                                        :
                          Defendants.                   :
------------------------------------------------------- x
```

## MOTION FOR LEAVE TO FILE
## TEN-PAGE REPLY MEMORANDUM

Defendants State Street Corporation and State Street Global Advisors respectfully move the Court, pursuant to Local Rule 7.1(b)(3), for leave to file a ten-page reply memorandum in further support of defendants' motion for summary judgment (D.E. 48) (the "Motion for Summary Judgment"). The grounds for this motion are:

1.   Defendants filed their Motion for Summary Judgment on September 26, 2006.

2.   On October 31, 2006, plaintiff filed a thirty-one page opposition to the Motion for Summary Judgment and an affidavit from himself in support of his opposition.

3.   Plaintiff's opposition and affidavit contain arguments that warrant a response.

4.   Defendants therefore have prepared, and respectfully request leave to file, a ten-page reply memorandum, which is attached here as Exhibit A.

5.   The reply memorandum will assist the Court in its consideration of defendants' Motion for Summary Judgment.

WHEREFORE, defendants respectfully request leave to file the accompanying reply memorandum.

Dated:   New York, New York
         November 30, 2006

                                        Respectfully submitted,

                                        QUINN EMANUEL URQUHART
                                          OLIVER & HEDGES, LLP

By:   /s/ Peter Calamari
      Peter E. Calamari (*Pro Hac Vice*)
      Rex Lee (*Pro Hac Vice*)

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

HARE & CHAFFIN

By:   /s/ David B. Chaffin
      David B. Chaffin
      BBO No. 549245

160 Federal Street
Boston, MA 02110
(610) 330-5000

*Attorneys for Defendants*
   *State Street Corporation*
   *and State Street Global Advisors*

## CERTIFICATION OF CONSULTATION

Pursuant to Rule 7.1(a)(2) of the Local Rules of this Court, I certify that counsel have attempted to confer in good faith to resolve or narrow the issues presented by this motion but have been unable to do so.

                                                        /s/ Rex Lee

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 30, 2006.

                                                        /s/ Rex Lee