**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7163**

WRITER'S INTERNET ADDRESS
rexlee@quinnemanuel.com

December 21, 2006

**VIA ELECTRONIC CASE FILING**

Honorable Nancy Gertner
United States District Court
District of Massachusetts
Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   *Alan Brown v. State Street Corporation and State Street Global Advisors*
      *Case No. 05 Civ. 11178 (NG)*

Dear Judge Gertner:

At the summary judgment hearing on Tuesday, December 19, 2006, the Court invited the parties to submit letters by next week to address the issues that arose during the hearing. Both parties would like to do so. Yet, because of the holiday season, the parties jointly request an extension until January 3, 2007, to make these submissions. We believe that these letters will help the Court in its determination of the parties' cross motions for summary judgment and that the additional time will assist the parties to adequately address the outstanding issues.

Respectfully submitted,


_____/s/ Rex Lee_____                    _____/s/ Harvey A. Schwartz_____
                                                      (via telephone consent)

        I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 21, 2006.
                                            _____/s/ Rex Lee_____

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-601-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336