## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ALAN BROWN** | ) | |
| **Plaintiff** | ) | |
| | ) | **CA No. 05-11178-NG** |
| **v.** | ) | |
| | ) | |
| **STATE STREET CORPORATION,** | ) | |
| **and STATE STREET GLOBAL** | ) | |
| **ADVISORS** | ) | |
| **Defendants** | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly enter a withdrawal of appearance for the undersigned, Laurie A. Frankl. As of February 23, 2007, Attorney Frankl will no longer be associated with Rodgers, Powers & Schwartz, LLP.

Alan Brown, plaintiff
By his attorneys,

/s/ Laurie A. Frankl
HARVEY A. SCHWARTZ
BBO. # 448080
LAURIE A. FRANKL
BBO # # 647181
Rodgers, Powers & Schwartz
18 Tremont Street
Boston, MA 02108
(617) 742-7010

Dated: February 23, 2007