UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BROWN )<br>　　Plaintiff )<br> )<br>v. )<br> )<br>STATE STREET CORPORATION )<br>and STATE STREET GLOBAL )<br>ADVISORS, )<br>　　Defendants ) | C.A. No. 05-11178-NG |

# NOTICE OF APPEARANCE

Kindly enter a notice of appearance for the undersigned, Lori A. Jodoin, on behalf of the Plaintiff, Alan Brown. Attorney Harvey Schwarz will also continue to represent the Plaintiff.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Lori A. Jodoin_____
　　　　　　　　　　　　　　　　　　　Lori A. Jodoin
　　　　　　　　　　　　　　　　　　　BBO# 655840
　　　　　　　　　　　　　　　　　　　Rodgers, Powers & Schwartz LLP
　　　　　　　　　　　　　　　　　　　18 Tremont Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　(617) 742-7010

Dated: February 28, 2007