UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BROWN )<br>    Plaintiff )<br>)<br>v. )<br>)<br>STATE STREET CORPORATION )<br>and STATE STREET GLOBAL )<br>ADVISORS, )<br>    Defendants ) | C.A. No. 05-11178-NG |

**JOINT MOTION TO STAY PRODUCTION OF EXPERT WITNESS REPORTS**

The parties request leave to stay the production of their expert witness reports until April 7, 2007. In support of this request the parties state that they have engaged a mediator, former Judge John Xifaras at JAMS mediation services, and a mediation is scheduled for March 26, 2007, the earliest available date. The parties wish to postpone the costly preparation of their expert witness reports pending their efforts at settlement.

This case is scheduled for trial on May 5, 2007. The parties do not seek to postpone that trial date.

| | |
|---|---|
| ALAN BROWN,<br>By his attorneys, | STATE STREET CORPORATION and<br>STATE STREET GLOBAL ADVISORS<br>By their attorneys, |
| /s/Harvey A. Schwartz<br>Harvey A. Schwartz<br>BBO # 448080<br>Rodgers, Powers & Schwartz, LLP<br>18 Tremont Street<br>Boston, MA 02108<br>(617) 742-7010 | /s/ Peter A. Calamari<br>Peter E. Calamari<br>Rex Lee<br>Quinn Emanuel Urquhart Oliver & Hedges LL<br>335 Madison Avenue, 17th Floor<br>New York, NY 10017<br>Tel:  (212) 702 8100<br><br>David B. Chaffin<br>BBO # 549245<br>Hare & Chaffin<br>160 Federal Street<br>Boston, MA 02110<br>(617) 330-5000 |