UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BROWN )<br>    Plaintiff )<br>)<br>v. )<br>)<br>STATE STREET CORPORATION )<br>and STATE STREET GLOBAL )<br>ADVISORS, )<br>    Defendants ) | C.A. No. 05-11178-NG |

**PLAINTIFF'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(3)**

The plaintiff, Alan Brown, makes the following disclosures, pursuant to Fed. R. Civ. P., Rule 26(3).

The plaintiff expects to call the following witnesses:

1. Alan Brown
2. David Spina
3. Ronald Logue
4. Boon Ooi
5. Mitchell Shames
6. William Hunt
7. Luis deOcejo
8. Paul J. Duggan
9. Susan Britt
10. Mary Richards
11. Jennifer Bourgeois

12. Peter Leahy

13. Robert Weissman

14. Linda Hill

15. Nader Darshori

16. Richard Sergel

17. John Serhant

18. John Snow

19. John Marrs

20. Alan Nadel

The plaintiff expects to offer the following documents as exhibits at trial.

1. All exhibits listed by the defendant in its pretrial disclosure.

2. The plaintiff expects to offer the following exhibits. Exhibits marked with an asterisk may be offered.

| Date | Document | Number |
|---|---|---|
| *3/2003 | Compensation Committee minutes | |
| *3/18/2003 | Compensation Committee minutes | SS00232 |
| 3/6/2004 | Email AB to Harbert containing draft Spina email | AB 13 |
| 6/10/2004 | Email Brown to Spina | AB 12 |
| 6/15/2004 | Email Spina to Brown | AB 14, SS 01207 |
| 6/16/2004 | Compensation Committee agenda | SS04668, 05555 |
| 6/29/2004 | Email Spina to deOcejo | SS01206 |
| 6/30/2004 | Letter Spina to Weissman | same as SS 01159 without stamp |
| 6/30/2004 | Email deOcejo to Ooi | SS 02130 |
| 7/12/2004 | Email Ooi to deOcejo | SS05537-05545 |
| 7/12/2007 | Letter deOcejo to Weissman | SS05477-05479 |

| | | |
|---|---|---|
| 7/16/2004 | Email Ooi to Weissman | SS05533-05534 |
| 7/28/2004 | Email Ooi to Reisch | SS05531 |
| 8/17/2004 | Email Harbert to Logue | SS01159 |
| 9/15/2004 | Compensation Committee notes | SS04672-04674, 05474-05476. 05610-05613, 05702 |
| *9/17/2004 | Email Brown to Marrs | AB38, SS01210 |
| 10/1/2004 | Email Brown to Logue | 01157 |
| *11/30/2004 | Letter to US embassy | SS02061 |
| 1/20/2005 | Email Marrs to Brown | SS02031 |
| 1/31/2005 | Hunt announcement | SS02133 |
| *2/3/2005 | Email Michie to Marrs | SS01268 |
| 2/16/2005 | Ooi email | SS02134 |
| 2/17/2005 | Brown emails | SS02309 |
| 3/11/2005 | Email Brown to Logue | SS02123 |
| 3/11/2005 | Emails Brown/Shames | SS 01149, 02125, 02126, 02312 |
| 3/11/2005 | Email Hunt to Marrs | SS01220 |
| 3/13/2005 | Email Brown to Shames | SS02127 |
| 3/17/2005 | Plan for Brown departure | SS01162 et seq |
| | Handwritten notes | AB54 |
| 1/12/2005 | Handwritten notes | AB55 |
| 2/28/2005 | Handwritten notes | AB48-49 |

3.  The plaintiff reserves the right to amend this disclosure.

          Alan Brown, plaintiff
          By his attorneys,

          /s/ Harvey A. Schwartz
          HARVEY A. SCHWARTZ
          BBO. # 448080
          LORI A. JODOIN
          BBO # 655840
          Rodgers, Powers & Schwartz
          18 Tremont Street
          Boston, MA 02108
          (617) 742-7010

**Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered parties as identified on the Notice of Electronic Filing and paper copies will be sent to all non-registered parties as of the date of filing with the ECF system.

/s/Harvey A. Schwartz
Harvey A. Schwartz