UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BROWN )<br>    Plaintiff )<br> )<br>v. )<br> )<br>STATE STREET CORPORATION )<br>and STATESTREET GLOBAL )<br>ADVISORS, )<br>    Defendants ) | C.A. No. 05-11178-NG |

### JOINT STIPULATION OF DISMISSAL

All parties hereby request that this Court dismiss the above-captioned action, with prejudice and without costs, interest or attorneys fees to either party. The parties report that this matter has settled.


Alan Brown, plaintiff
By his attorneys,


/s/ Harvey A. Schwartz
HARVEY A. SCHWARTZ
 BBO. # 448080
LORI A. JODOIN
 BBO # 655840
Rodgers, Powers & Schwartz
18 Tremont Street
Boston, MA 02108
(617) 742-7010

State Street Corporation and Street
Global Advisors, defendants,
By their attorneys,


/s/ Peter Calamari
PETER CALAMARI (*pro hac vice*)
REX LEE (*pro hac vice*)
Quinn Emanuel Urquhart Oliver &
Hedges LLP
335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702 8100